FILED

RELATED DDJ

BILLY ALFARO
P.O. BOX 19195
LOS ANGELES, CA 90019
(323)977-5770
billiana8801@hotmail.com
IN PROPER

2023 SEP -7 PM 3:55

BY ___mt___

# UNITED STATES DISTRICT COURT
# FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

BILLY ALFARO,

    Plaintiff,

    vs.

UNITED STATES OF AMERICA, M. EDWARDS,
M. GARRISON, A.W. MRS. CUTWRIGHT, L. RIVERA,
J.K. LEWIS, SHU LT MCINTYRE, DSCC ADMINISTRA-
TOR JOHN O'BRIEN,

    Defendants,

) Case No. 5:23-CV-01870-PA-RAO
)
)
)
) COMPLAINT FOR FEDERAL
) TORT CLAIM AND BIVENS
) ACTION
)
)
)
)

## JURISDICTION

1. This court has jurisdiction over this case pursuant to 28 U.S.C. 1331. This case arises under the Federal Tort Claims Act, 28 U.S.C. 1346(b), 2671-2680 and Bivens v Six Unknown Named Agents.

2. Pursuant to 28 U.S.C. 2675(a), The claim set forth herein was presented to the Federal Bureau of prisons (BOP) on December 30, 2022. The BOP denied the claim on March 7, 2023. Plaintiff has therefore exhausted all administrative remedies.

## VENUE

3. Venue is proper under 28 USC 1381(e) and 28 USC 1402(b). During all times of the claim, plaintiff was in custody of the Federal Bureau of Prisons and house in multiple facilities in the perpetration of one ongoing event in Beaumont, TX, USP Victorville, CA, Lompoc, CA, Victorville 1,CA by force of the BOP, but at the time of filing, and now that I have recovered my freedom, I reside in Los Angeles County, a county within the Central District of California. With the exception of Beaumont, TX all locations are with-in the Central District of California.

## PARTIES

4. Plaintiff Billy Alfaro resides at 2810 7th Avenue, Los Angeles, CA 90018.

5. The United States of America is an appropriate defendant under the Federal Tort Claims Act.

    1. Case Manager M. Edwards at Beaumont Low 5560 KNAUTH ROAD BEAUMONT, TX 77705 409-727-8172 Defendant is employed as a Federal Officer for the Federal Bureau of Prisons at F.C.I. Beaumont Low. The events occurred during the performance of their job.

    2. Case Manager Coordinator Mr. Garrison at Beaumont Low 5560 KNAUTH ROAD BEAUMONT, TX 77705 409-727-8172 Defendant is employed as a Federal Officer for the Federal Bureau of Prisons at F.C.I. Beaumont Low. The events occurred during the performance of their job.

    3. Associate Warden Miss Cutwright at Beaumont Low 5560 KNAUTH ROAD BEAUMONT, TX 77705 409-727-8172 Defendant is employed as a Federal Officer for the Federal Bureau of Prisons at F.C.I. Beaumont Low. The events occurred during the performance of their job.

    4. Warden J.K. Lewis at Beamont Low 5560 KNAUTH ROAD

BEAUMONT, TX 77705 409-727-8172 Defendant is employed as a Federal Officer for the Federal Bureau of Prisons at F.C.I. Beaumont Low. The events occurred during the performance of their job.

5. Special Housing Unit LT. Mr. McIntyre at Beaumont Low 5560 KNAUTH ROAD BEAUMONT, TX 77705 409-727-8172 Defendant is employed as a Federal Officer for the Federal Bureau of Prisons at F.C.I. Beaumont Low. The events occurred during the performance of their job.

6. DSCC Administrator John O'brien 346 MARINE FORCES DR GRAND PRAIRIE, TX 75051 Defendant is employed by the Federal Bureau of Prisons at the Designation and Sentence Computation Center. The events occurred during the performance of their job.

7. South Central Regional Director J.F. Caraway 344 MARINE FORCES DR GRAND PRAIRIE, TX 75051 Defendant is employed as a Director by the Federal Bureau of Prisons at the South Central Regional Office. The events occurred during the performance of their job.

8. South Central Regional Counsel Jason A. Sickler 344 MARINE FORCES DR GRAND PRAIRIE, TX 75051 Defendant is employed as a legal counsel by the Federal Bureau of Prisons at the South Central Regional Office. The events occurred during the performance of their job.

9. SIS LT. Mr. Hanson at Beaumont Low 5560 KNAUTH ROAD BEAUMONT, TX 77705 409-727-8172 Defendant is employed as a Federal Officer for the Federal Bureau of Prisons at F.C.I. Beaumont Low. The events occurred during the performance of their job.

10. Unit Manager Lui Rivera at Beaumont Low 5560 KNAUTH ROAD BEAUMONT, TX 77705 409-727-8172 Defendant is employed as a Federal Officer for the Federal Bureau of Prisons at F.C.I. Beaumont Low. The events occurred during the performance of their job.

11. LT. Richard Dortch at Beaumont Low 5560 KNAUTH ROAD

1  BEAUMONT, TX 77705 409-727-8172 Defendant is employed as a Federal Officer for the
2  Federal Bureau of Prisons at F.C.I. Beaumont Low. The events occurred during the
3  performance of their job.
4     12. Captain Mr. Brassfield at Beaumont Low 5560 KNAUTH ROAD
5  BEAUMONT, TX 77705 409-727-8172 Defendant is employed as a Federal Officer for the
6  Federal Bureau of Prisons at F.C.I. Beaumont Low. The events occurred during the
7  performance of their job.
8     13. Psychologist Dr. R. McGarvey at Beamont Low 5560 KNAUTH ROAD
9  BEAUMONT, TX 77705 409-727-8172 Defendant is employed as a Psychologist for the
10 Federal Bureau of Prisons at F.C.I. Beaumont Low. The events occurred during the
11 performance of their job.
12    14. Correctional Officer Mr. Jones at Beamont Low 5560 KNAUTH ROAD
13 BEAUMONT, TX 77705 409-727-8172 Defendant is employed as a Federal Officer for the
14 Federal Bureau of Prisons at F.C.I. Beaumont Low. The events occurred during the
15 performance of their job.
16    15. Correctional Officer Mr. Levi at Beamont Low 5560 KNAUTH ROAD
17 BEAUMONT, TX 77705 409-727-8172 Defendant is employed as a Federal Officer for the
18 Federal Bureau of Prisons at F.C.I. Beaumont Low. The events occurred during the
19 performance of their job.
20    16. Disciplinary Hearing Officer Jane Doe 1 at Beamont Low 5560 KNAUTH ROAD
21 BEAUMONT, TX 77705 409-727-8172 Defendant is employed as a Federal Officer for the
22 Federal Bureau of Prisons at F.C.I. Beaumont Low. The events occurred during the
23 performance of their job.
24    17. Counselor Mr. Gibbs at Beamont Low 5560 KNAUTH ROAD
25 BEAUMONT, TX 77705 409-727-8172 Defendant is employed as a Federal Officer for the
26 Federal Bureau of Prisons at F.C.I. Beaumont Low. The events occurred during the
27 performance of their job.
28    18. Correctional Officer Ms. LeBlanc at Beamont Low 5560 KNAUTH ROAD

BEAUMONT, TX 77705 409-727-8172 Defendant is employed as a Federal Officer for the Federal Bureau of Prisons at F.C.I. Beaumont Low. The events occurred during the performance of their job.

19. Lt. Mrs. Jane Doe 2 at Beaumont Low 5560 KNAUTH ROAD BEAUMONT, TX 77705 409-727-8172 Defendant is employed as a Federal Officer for the Federal Bureau of Prisons at F.C.I. Beaumont Low. The events occurred during the performance of their job.

20. Administrative Remedy Coordinator Mr. John Doe 1 at Beaumont Low 5560 KNAUTH ROAD BEAUMONT, TX 77705 409-727-8172 Defendant is employed as a Federal Officer for the Federal Bureau of Prisons at F.C.I. Beaumont Low. The events occurred during the performance of their job.

21. Correctional Officer Mr. Shaw at Beaumont Low 5560 KNAUTH ROAD BEAUMONT, TX 77705 409-727-8172 Defendant is employed as a Federal Officer for the Federal Bureau of Prisons at F.C.I. Beaumont Low. The events occurred during the performance of their job.

22. Safety Officer Jane Doe 3 at Beaumont Low 5560 KNAUTH ROAD BEAUMONT, TX 77705 409-727-8172 Defendant is employed as a Federal Officer for the Federal Bureau of Prisons at F.C.I. Beaumont Low. The events occurred during the performance of their job.

23. Counselor Mr. Cook at USP Victorville 13777 AIR EXPRESSWAY BLVD VICTORVILLE, CA 92394 760-530-5000 Defendant is employed as a Federal Officer for the Federal Bureau of Prisons at USP Victorville. The events occurred during the performance of their job.

24. Case Manager Coordinator John Doe 2 at USP Victorville 13777 AIR EXPRESSWAY BLVD VICTORVILLE, CA 92394 760-530-5000 Defendant is employed as a Federal Officer for the Federal Bureau of Prisons at USP Victorville. The events occurred during the performance of their job.

25. Associate Warden Mr. John Doe 3 at USP Victorville 13777 AIR EXPRESSWAY BLVDVICTORVILLE, CA 92394 760-530-5000 Defendant is employed as a Federal Officer for the Federal Bureau of Prisons at USP Victorville. The events occurred during the performance of their job.

26. Health Services Administrator Mr. John Doe 4 at USP Victorville 13777 AIR EXPRESSWAY BLVD VICTORVILLE, CA 92394 760-530-5000 Defendant is employed as a Federal Officer for the Federal Bureau of Prisons at USP Victorville. The events occurred during the performance of their job.

27. Doctor and Clinical Director Dr. Salvador Villalon at USP Victorville 13777 AIR EXPRESSWAY BLVD VICTORVILLE, CA 92394 760-530-5000 Defendant is employed as a Doctor for the Federal Bureau of Prisons at USP Victorville. The events occurred during the performance of their job.

28. Pharmacist Mr. John Doe 5 at USP Victorville 13777 AIR EXPRESSWAY BLVD VICTORVILLE, CA 92394 760-530-5000 Defendant is employed as a Pharmacist for the Federal Bureau of Prisons at USP Victorville. The events occurred during the performance of their job.

29. SIS Investigator John Doe 5 at Lompoc Medium 3901 Klein Blvd Lompoc, CA 93436 805-735-2771 Defendant is employed as a Federal Officer for the Federal Bureau of Prisons at Lompoc Medium. The events occurred during the performance of their job.

30. Correctional Officer Mr. Harris at Lompoc Medium 3901 Klein Blvd Lompoc, CA 93436 805-735-2771 Defendant is employed as a Federal Officer for the Federal Bureau of Prisons at Lompoc Medium. The events occurred during the performance of their job.

31. Special Housing Unit Lt. Mr. Espinoza at Lompoc Medium 3901 Klein Blvd Lompoc, CA 93436 805-735-2771 Defendant is employed as a Federal Officer for the Federal Bureau of Prisons at Lompoc Medium. The events occurred during the performance of their job.

32. Special Housing Unit Psychologist Dr. Lindsay Okonowsky at Lompoc Medium 3901 Klein Blvd Lompoc, CA 93436 805-735-2771 Defendant is employed as a Special

Housing Unit Psychologist for the Federal Bureau of Prisons at Lompoc Medium. The events occurred during the performance of their job.

## STATEMENT OF FACTS

6. At all times herein mentioned, plaintiff was a male in his late-20s early-30's that suffered from Major Depressive Disorder (MDD), anxiety, bipolar disorder, ADHD, Avoidant Personality Disorder (APD), Spinal Stenosis, Fibromyalgia, Autism, Neurofibroma's, enlarged prostate, kidney cysts, and asthma in the custody and care of the BOP. He was housed at the relevant institutions FCI Beaumont Low, FCC Lompoc Medium, FCI Victorville1, and was temporarily at USP Victorville while in transfer.

7. While housed at BML Mr. Alfaro was victim of sexual abuse and threats of harm by Case Manager Edwards which he reported to the Office Of the Inspector General and which an open case still remains. Two months after the complaint Mr. Alfaro was wrongly accused of possession of a cell phone and a chain of events of retaliation. Mr. Alfaro won all appeals into the disciplinary hearings and had all record of those hearing expunge and got his name cleared.

8. Unfortunately, even though Mr. Edwards was under investigation for sexual abuse and per PREA standards while this investigation was going on Mr. Edwards was to have to contact with me or have control over anything that had to do with me, he was allowed to continue being my case manager, redue my classification with he purposely did wrong to make his threats true and had me wrongly designated to a medium custody facility knowing that with my type of charge I would be beaten or stabbed even possibly killed.

9. I did not receive the necessary mental health treatment from Dr. Mc.Garvey. I was victim of sexual harrassment by other inmates due to my sexuality and when I reported it staff did nothing.

10. I was assaulted by my cell mate several days after he had told staff that he would do it if staff did not move me out of the cell. Once the assault occurred staff did nothing in regards

to disciplining the aggressor. The assault happened in front of staff while they were picking up the food trays of breakfast and the administration was doing SHU rounds.

### CLAIM I (Negligence Claims)

a. Negligence claims for the total disregard by BML, LOM, VIM medical and mental care providers by not following mandated procedures outline in the CPG for my multiple diagnosis, and the total disregard of the DSM-5, as well as denying necessary treatment for my diagnosis breaching the Duty of Care owed to me under 18 U.S.C. 4042 (a) (2)(3)

b. Negligence claims for the total disregard by Medical and mental care providers by not following mandated procedures outline in the CPG for my multiple diagnosis, and the total disregard of the DSM-5, as well as denying necessary treatment for my diagnosis.

c. Negligence in the falsification of medical records and manipulation of such. Negligence by not responding to x-rays which delayed medical care. Negligence by failing to meet the bureau's obligation under 18 U.S.C. 4042(a)(2)(3) by not providing for my safekeeping and protection from retaliation from government employees for exercising my constitutional rights.

d. Negligence by the falsification of psychological records and manipulation of such as well as the disappearance of others. Also, by totally ignoring all psychological records provided by my attorney and ignoring the court's order that I should use my sentence to address all my mental health issues.

e. Negligence by intentionally not providing mental health care and then misguiding their superiors by providing false information, intentionally lying on administrative remedies, and falsifying psychological records to justify their conduct.

f. Negligence by not providing mental health assistance in a crisis and ignoring the Suicide Prevention protocol when I was having suicidal ideation. Also having me babysit another mentally unstable inmate when I had my own mental problems in addition I did not have the appropriate training.

## CLAIM II (Medical Malpractice)

a. Medical malpractice by knowingly and intentionally diagnosing me incorrectly and in violation of the DSM-5, which is the governing authority for diagnosis for mental health.

b. Medical malpractice by violating the CPG's, by denying me access to medical care that is required by the CPG or was already approved and was needed which resulted in injury. Infliction of pain and interfered with my daily living and quality of life and even though all this was reported the medical staff refused to do anything. It cause a worsening of my problem.

## CLAIM III (1ST and 8th Amendment violations)

### Injury Suffered

11. The injuries suffered are spinal stenosis, degenerative disease with retrolisthesis L4-L5, narrow foraminal narrowing, broad based bulges, facet arthropathy, protrusion/ extrusion of discs in the lumbar spine, desiccation and loss of disc height, annular disc bulge, posterior lateral disc osteophyte neural foraminal narrowing, spinal stenosis, protrusion/ extrusion in the thoracic spine, emotional distress, suicidal ideation, atrophy of muscular strength/ endurance, infliction of pain, mental anguish, failure to discover several plexi-neurofibromas that were causing pain, worsening of my carpal tunnel syndrome, PTSD, uncontrolled fibromyalgia, delay of my diagnosis of my autism, worsening of my mental health due to depression and anxiety and untreated bipolar disorder, undiscovered kidney cysts and enlarged prostate, trauma from the sexual harassment and sexual abuse, being assaulted by cell mate.

### Relief Requested

12. I respectfully request the following relief for the lack of action and or actions, and violations of my rights by the breach of duty of care by the United States of America:

1. $1,000,000 in total for the actions of the United States of America. It divides into $250,000 per institution (BML, VIP, LOM, VIM)

2. Money restitution from each individual defendant at a rate of $25 a day that there action impacted my situation.

3. Reserve the right to use facts of this case to bring a Tort claim and Bivens against F.C.I. La Tuna for the events occurred there and the actions of the BOP and there employees.

4. Reserve the right to medical coverage for required health care in the future paid by the defendant at doctors of my discretion and or have additional money set aside to cover future medical bills as currently it is unknown the true condition of my back as I have still not been sent to a spine specialist that has made a determination nor is it known how much of the damage/injury is reversible or curable, and the amount, if any, of medical care needed. It is unknown if I will be able to work a full time job.

5. Have the defendant pay for all the necessary treatment to bring my pain down, bring my disability percentage down (according to the most recent physical therapy evaluation my disability percentage is 48%), get my shoulders treated, and be back in form to work 40-hour weeks.

Respectfully submitted by plaintiff on this 7th day of September 2023 under oath that everything in this complaint is true to the best of my knowledge and memory.

_____          09/07/2023
Signature                                                          Date